# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ○ YES  ◉ NO

**DOCKET NUMBER:** 3:25-cr-270-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :US vs  MARIAN OVIDIU DUMITRU , et al

**COUNTY OF OFFENSE** :  MECKLENBURG and GASTON

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** :  ARREST WARRANT

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty   ○ Misdemeanor   ◉ Felony

18 U.S.C. § 371  18 U.S.C. § 1029(a)(3)  18 U.S.C. § 1029(a)(4)   18 U.S.C. § 1028A

**JUVENILE:**  ○ Yes   ◉ No

**ASSISTANT U. S. ATTORNEY** :  MICHAEL SAVGE AND SARA KINLAW

**VICTIM/WITNESS COORDINATORS:**  SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** :  N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )