# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Dumitru

Case Number: 3:25-cr-270-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| One | 18 USC 371 | none | 0-5 years imprisonment, $250,000 fine, 3 years supervised release |
| Two | 18 USC 1029(a)(3) and (c)(1)(A)(i) | none | 0-10 years imprisonment, $250,000 fine, 3 years supervised release |
| Three | 18 USC 1029(a)(4) and (c)(1)(A)(ii) | none | 0-15 years imprisonment, $250,000 fine, 3 years supervised release |
| Four & Five | 18 USC 1343 | none | 0-20 years imprisonment, $250,000 fine, 3 years supervised release |
| Six - Nine | 18 USC 1028A | 2 years | 2 years imprisonment consecutive, $250,000 fine, 1 year supervised release |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☒ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☒ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☒ NO
\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE